*Leslie R. Burgum,* Attorney General, and *C. L. Young* for the State of North Dakota, and *Phil W. Saunders,* Attorney General, and *Ralph A. Dunham* for the State of South Dakota.

No. 11, Original. MISSISSIPPI *v.* LOUISIANA. The report of the Special Master is received and ordered filed. Exceptions, if any, to the report of the Special Master may be filed by the parties within 60 days.

No. 186. GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL UNION No. 89, ET AL. *v.* AMERICAN TOBACCO Co., INC. Certiorari, 348 U. S. 813, to the Court of Appeals of Kentucky. The motion of the Government for leave to appear and present oral argument, as *amicus curiae,* is granted. *Solicitor General Sobeloff* filed the motion for the Government.

No. 132, Misc. FAUBERT *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondents.

No. 221, Misc. EX PARTE WASHINGTON. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Solicitor General Sobeloff* for the United States, respondent.

No. 616. SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *v.* UNITED STATES

EX REL. ACCARDI. C. A. 2d Cir. Certiorari granted. *Solicitor General Soboloff* for petitioner. *Jack Wasserman* for respondent.

No. 536. ST. JOE PAPER CO. ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO.;

No. 544. CONN ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO.;

No. 552. LYNCH ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO.; and

No. 573. ATLANTIC COAST LINE RAILROAD CO. *v.* ST. JOE PAPER CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *William D. Mitchell, Edward E. Watts, Jr.* and *Dinsmore Adams* for petitioners in No. 536 and the St. Joe Paper Co. et al., respondents in No. 573. *Henry P. Adair, Fred H. Kent* and *Donald Russell* for the DuPont Trustees et al., and *Giles J. Patterson* and *John R. Turney* for the St. Joe Paper Co., petitioners in No. 536 and respondents in No. 573. *Clifton S. Thomson* and *Chester Bedell* for Aird et al., *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for the Railway Labor Executives' Association, *Harold J. Gallagher, Walter H. Brown, Jr.* and *James B. McDonough, Jr.* for the Seaboard Air Line Railroad Co., and *Sidney S. Alderman* and *Henry L. Walker* for the Southern Railway System et al., petitioners in No. 536. *Howard P. Macfarlane* and *George W. Erickson* for Conn et al., and *Miller Walton* for Welbon et al., petitioners in No. 544. *J. Turner Butler, John T. G. Crawford* and *Willard P. Scott* for petitioners in No. 552. *Edward W. Bourne, Charles Cook Howell, Charles Cook Howell, Jr.* and *Richard B. Gwathmey* for the Atlantic Coast Line Railroad Co. Reported below: 216 F. 2d 832.